# EXHIBIT A

In the Superior Court of the State of California
in and for the County of _____KERN_____   ENDORSED

# AMENDED
## Abstract of Judgment
### Commitment to State Prison

Dept. No. __Six__   Case No. __44653-A__              Present:

The People of the State of California

Hon. __GERALD K. DAVIS__
Judge of the Superior Court

vs.

Kyle J. Humphrey
Prosecuting Attorney

GARY BRIAN LUTHER

Jeffrey Harbin
Counsel for Defendant

Defendant.

This certifies that on the __30th__ day of __May__, 19__91__, judgment of conviction of the above-named defendant was entered as follows:

(1) In Case No. __44653-A__ Count No. __1__, he was convicted by __jury__ (court or jury); on his plea of

__not guilty__
(guilty, not guilty, former conviction or acquittal, once in jeopardy, not guilty by reason of insanity)

of the crime of __Murder, 2nd degree, a felony__

__P.C. 187(a)__
(designation of crime and degree if any, including fact that it constitutes a second subsequent conviction of same offense if that affects the sentence)

in violation of _____
(reference to Code or Status, Including Section and Subsection thereof, if any violated)

with prior felony convictions as follows:

| DATE | COUNTY AND STATE | CRIME | DISPOSITION |
|---|---|---|---|
| // | | | |
| | // | | |
| | | // | |
| | | | // |

Defendant has been held in jail custody for __159__ days as a result of the same criminal act or acts for which he has been convicted. (107 + 52 G/W = 159 days).

Defendant __was not__ armed with a deadly weapon at the time of his commission of the offense or a concealed deadly
(was or was not)
weapon at the time of his arrest within the meaning of Sections 969c and 3024 of the Penal Code.

Defendant __was not__ armed with a deadly weapon at the time of his commission of the offense within the meaning of
(was or was not)
Sections 969c and 12022 of the Penal Code.

Defendant __used__ a firearm in his commission of the offense within the meaning of Sections 969d and 12022.5 of the
(used or did not use)
Penal Code.

(Repeat foregoing with respect to each count of which defendant was convicted.)

Co. Clerk 580 2170 OAS (3-83)

ABSTRACT OF JUDGMENT

# In the Superior Court of the State of California
## in and for the County of KERN

# Abstract of Judgment
## Commitment to State Prison

Dept. No. **Six** Case No. **44653-A**

The People of the State of California

vs.

**GARY BRIAN LUTHER**

Defendant.

Present:

Hon. **GERALD K. DAVIS**
Judge of the Superior Court

**Kyle J. Humphrey**
Prosecuting Attorney

**Jeffrey Harbin**
Counsel for Defendant

This certifies that on the **30th** day of **May**, 19**91**, judgment of conviction of the above-named defendant was entered as follows:

(1) In Case No. **44653-A** Count No. **1** he was convicted by **jury** (court or jury); on his plea of **not guilty** (guilty, not guilty, former conviction or acquittal, once in jeopardy, not guilty by reason of insanity)

of the crime of **Murder, 1st degree, a felony**
(designation of crime and degree if any, including fact that it constitutes a second subsequent conviction of same offense if that affects the sentence)

in violation of **PC 187(a)**
(reference to Code or Statue, Including Section and Subsection thereof, if any violated)

with prior felony convictions as follows:

| DATE | COUNTY AND STATE | CRIME | DISPOSITION |
|------|------------------|-------|-------------|
| // | | | |
| | // | | |
| | | // | |
| | | | // |

Defendant has been held in jail custody for **159** days as a result of the same criminal act or acts for which he has been convicted. (107 + 52 G/W = 159 days)

Defendant **was not** (was or was not) armed with a deadly weapon at the time of his commission of the offense or a concealed deadly weapon at the time of his arrest within the meaning of Sections 969c and 3024 of the Penal Code.

Defendant **was not** (was or was not) armed with a deadly weapon at the time of his commission of the offense within the meaning of Sections 969c and 12022 of the Penal Code.

Defendant **used** (used or did not use) a firearm in his commission of the offense within the meaning of Sections 969d and 12022.5 of the Penal Code.

(Repeat foregoing with respect to each count of which defendant was convicted.)

Co. Clerk 580 2170 OAB (3-83)

# ABSTRACT OF JUDGMENT